# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
2009 JUN 15 PM 12:22
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Lawyer King, Jr. ) | Case No: CR305-00018-001 |
| ) | USM No: 12472-021 |
| Date of Previous Judgment: November 1, 2006 ) | Rickey Richardson |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144__ months is **reduced to** __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The Court has considered the facts of this case and all relevant provisions of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community when determining the appropriate sentence in this case.

Except as provided above, all provisions of the judgment dated __November 1, 2006,__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: __June 15, 2009__

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge
Printed name and title

Effective Date: _____
(if different from order date)